# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JESUS MARROQUIN-FRIAS,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0018

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JESUS MARROQUIN-FRIAS

I certify that I am admitted to practice in this court.

| 1/9/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD — 238732 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 9, 2008                                             _____/s/  Shaffy Moeel_____
                                                                                   SHAFFY MOEEL
                                                                                   Federal Defenders of San Diego, Inc.
                                                                                   225 Broadway, Suite 900
                                                                                   San Diego, CA 92101-5030
                                                                                   (619) 234-8467  (tel)
                                                                                   (619) 687-2666  (fax)
                                                                                   e-mail: Shaffy_Moeel@fd.org