1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 shaffy_moeel@fd.org

Attorneys for Mr. Marroquin-Frias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0167-MLH |
|---|---|---|
| Plaintiff, | ) | DATE: April 21, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| JESUS MARROQUIN-FRIAS, | ) | |
| | ) | |
| Defendant. | ) | (1) PRESERVE EVIDENCE AND COMPEL PRODUCTION OF DISCOVERY; AND |
| | ) | (2) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
      DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 21, 2008 at 2:00 p.m., Jesus Marroquin-Frias, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions:

(1) compelling discovery and preservation of evidence; and

(2) granting leave to file further motions.

//

//

//

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 7, 2008

*/s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Marroquin-Frias