# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER __08 CR 0167__ |
| ) | |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. __04111198__ |
| Jesus Marroquin - Frias ) | |
| ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/10/08__
the Court entered the following order:

__New case # 08 CR 0884 - H__

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. __As to this case only *__

__Ruben B Brooks__
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.    Clerk
by _____
           Deputy Clerk

Received _____ DUSM

Crim-9  (Rev 6-95)                                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY