# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   JESUS MARROQUIN-FARIAS   [1]   08CR0167-H

The Honorable:   RUBEN B. BROOKS

Atty   ERIK GUZMAN OF F.D.   for   [1]   -   PDA

Atty   _____   for   []   -

Atty   _____   for   []   -

TAPE NO. - RBB08-1:1100-1104   2 min

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.
ALL PENDING DATES VACATED.
ISSUED ABSTRACT TO USM.

Date:   04/10/08

END OF FORM                                        by   VTL