**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**


FILED
08 APR 16 AM 11: 37
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0167-H |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JESUS MARROQUIN-FRIAS, | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8:1326(a)&(b) - Deported Alien Found in the U.S.__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/10/08

_____
RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____